IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAAIYAH GOLDSTEIN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-1190 |
| | : | |
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA | : : | |

## ORDER

**AND NOW**, this 24th day of October, 2012, upon consideration of Plaintiff Daaiyah Goldstein's Motion for Conditional Certification and for an Order Authorizing Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 219(b) (Doc. 54), the Memorandum of Law in Opposition to the Plaintiff's Motion for Conditional Certification of her Pre-Shift, Post-Shift, and Meal Break Timekeeping Claims filed by Defendant Children's Hospital of Philadelphia (Doc. 58), and Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Conditional Certification (Doc. 59), and for the reasons set out in the Court's Memorandum Opinion of this date, , it is hereby **ORDERED** that Plaintiff's motion (Doc. 54) is **DENIED**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE