IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAAIYAH GOLDSTEIN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-1190 |
| | : | |
| THE CHILDREN'S HOSPITAL OF | : | |
| PHILADELPHIA | : | |

## ORDER

AND NOW, this      22nd   day of February, 2013, upon consideration of Plaintiff's Supplemental Motion for Conditional Certification of her Uniform Maintenance Claim (Doc. 62), Defendant's Memorandum of Law in Opposition to the Plaintiff's Motion for Conditional Certification of her Uniform Maintenance Claim (Doc. 68), and Plaintiff's Reply in Support of Conditional Certification of her Uniform Maintenance Claim (Doc. 71), and for the reasons set out in the Court's Memorandum Opinion of this date, it is hereby ORDERED that:

1.      Plaintiff's supplemental motion for the conditional class certification (Doc. 62) is **GRANTED IN PART AND DENIED IN PART**.  It is **GRANTED** as to a class encompassing all non-exempt, Pennsylvania-resident Security Officers and **DENIED** as to all other employees;

2.      David J. Cohen, Esquire of Kolman Ely, P.C. and Thomas More Marrone, Esquire of Caroselli Beachler McTiernan & Conboy, LLC are approved to serve as Class Counsel in this matter;

3.      Plaintiff is **DIRECTED** to file a proposed notice form within seven days of the date of this Order;

4.      Defendant is **DIRECTED** to file and serve upon Plaintiff and the Court any objections to Plaintiff's proposed notice form within seven days of its filing; and

5.  Defendant **SHALL**, within ten days of this Order, provide Plaintiff with the names and last known addresses of all non-exempt, hourly employees who were Pennsylvania residents and who worked as Security Officers within the last three years from the date of this Order.

BY THE COURT:


/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE